IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK J. GRIFFIN, III, et al.,  :
    Plaintiffs  :
   :
v.  :   Civil No. AMD 02-1917
   :
DEPARTMENT OF VETERANS  :
AFFAIRS, et al.,  :
    Defendants  :

...oOo...

ORDER

This case came before the Court for a hearing on plaintiffs' motion for a temporary restraining order. Counsel having been heard, and the Court having rendered its findings and conclusions on the record,

It is this 7th day of June, 2002, ORDERED

(1) The motion for Temporary Restraining Order (Paper No.2) IS DENIED;

(2) The Clerk shall TRANSMIT a copy of this Order to all counsel.

_____
ANDRE M. DAVIS
United States District Judge