IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. WMN-02-1917 |
| | ) |
| Department of Veterans Affairs, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT OF PLAINTIFF**

PLEASE TAKE NOTICE that the parties hereby stipulate that defendant need not, at this time, file an answer to Complaint of Plaintiff. The parties have agreed to file dispositive motions in the above referenced case and are currently negotiating a briefing schedule. Defendant agrees to answer Complaint of Plaintiff, if necessary, within thirty (30) days of disposition of the motions to be filed by the parties.

" APPROVED " THIS 7th DAY OF August, 2002

SENIOR UNITED STATES DISTRICT JUDGE

Patrick Griffin, III, et al. v. Dept. of Veterans Affairs
Civil Action No. WMN-02-1917

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _2nd_ day of August, 2002, a copy of the foregoing Joint Stipulation Extending Time for Defendant to Answer Complaint of Plaintiff, was sent to the following counsel for plaintiff:

| | |
|---|---|
| Stephen S. Burgoon, Esq.<br>Greeber, Simms & Showers, LLP<br>8 East Second Street<br>Suite 203<br>Frederick, MD 21701 | by fax @ (301) 696-9397 |
| and | |
| Michael F. Wright, Esq.<br>Case, Knowlson, Jordan & Wright<br>2049 Century Park East, Suite 3350<br>Los Angeles, CA 90067. | by first-class mail |

_____
VIRGINIA B. EVANS
Assistant United States Attorney

3

Dated: August 2, 2002

*/s/ Virginia B. Evans*
MICHAEL F. WRIGHT, ESQ.
(with permission)
CASE, KNOWLSON, JORDAN & WRIGHT
2049 CENTURY PARK EAST
SUITE 3350
LOS ANGELES, CA 90067
(310) 522-2766 ext. 133 ph
(310) 522-3229 fax


STEPHEN S. BURGOON, ESQ.
GREEBER, SIMMS & SHOWERS, LLP
8 EAST SECOND STREET
SUITE 203
FREDERICK, MD 21701
(301) 696-9396 ph
(301) 696-9397 fax


Counsel for Plaintiff

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General


THOMAS M. DIBIAGIO
United States Attorney

*/s/ Virginia B. Evans*
VIRGINIA B. EVANS
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone: (410) 209-4973
Fax: (410) 962-2310

THEODORE C. HIRT
HENRY A. AZAR, JR.
U.S. DEPT. OF JUSTICE, CIVIL DIV.
FEDERAL PROGRAMS BRANCH
901 E Street, N.W.,
P.O. Box 883
Washington, D.C. 20044
(202) 514-3378 ph
(202) 616-8202 fx

OF COUNSEL:

RICHARD J. HIPOLIT
    Deputy Assistant General Counsel
MARTIN J. SENDEK
    Staff Attorney
Department of Veterans Affairs

Counsel for Defendant