IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Patrick J. Griffin, III, et al.,            )
                                             )
          Plaintiffs,                        )
                                             )   Civil Action No. WMN-02-1917
     v.                                      )
                                             )
Department of Veterans Affairs, et al.,      )
                                             )
          Defendants.                        )

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Richard G. Lepley, Assistant Director, in good standing with the District of Columbia Bar and an attorney with the United States Department of Justice, Civil Division, will be appearing on behalf of Defendants, Department of Veterans Affairs, et al. in substitution for previous counsel for Defendants, Theodore Hirt.

APPROVED 29th
OF January, 03
SENIOR UNITED STATES [JUDGE]

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

THOMAS M. DIBIAGIO
United States Attorney

By: *[signature]*
PAUL E. SOEFFING
Special Assistant United States Attorney
Md. Fed. Bar No. 025050
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone: (410) 209-4833
Fax: (410) 962-2310

RICHARD G. LEPLEY
JAMES J. SCHWARTZ
Attorneys, Department of Justice
Federal Programs Branch
Civil Division
20 Massachusetts Ave, N.W., Room 7310
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 616-8267
Fax: (202) 616-8202

OF COUNSEL:

RICHARD J. HIPOLIT
Deputy Assistant General Counsel

MARTIN J. SENDEK
Staff Attorney

Department of Veterans Affairs

COUNSEL FOR DEFENDANTS

2

CERTIFICATE OF SERVICE

I hereby certify that I have caused, this 28th day of January, 2003, to be served in the manner indicated, Defendants' Notice of Substitution of Counsel:

| | |
|---|---|
| Stephen S. Burgoon, Esq.<br>Greeber, Simms & Showers, LLP<br>8 East Second Street<br>Suite 203<br>Frederick, MD 21701 | by fax @ (301) 696-9397 |

and

| | |
|---|---|
| Michael F. Wright, Esq.<br>Case, Knowlson, Jordan & Wright<br>2049 Century Park East, Suite 3350<br>Los Angeles, CA 90067 | by first-class mail |

_____
Paul E. Soeffing
Special Assistant United States Attorney