

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

Patrick J. Griffin, et al.     *

         Plaintiff(s)     *

            Case No.: WMN-02-1917

         vs.     *

Department of Veterans' Affairs     *

         Defendant(s)

******

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Stephen S. Burgoon__, am a member in good standing of the bar of this Court. My bar number is __22207__. I am moving the admission of __Michael F. Wright__ to appear *pro hac vice* in this case as counsel for __Plaintiffs__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| California | November 1979 |
| U.S. Supreme Court | 1997 |
| U.S. Court of Appeals, Fourth Circuit | 2001 |
| U.S. Court of Appeals, Ninth Circuit | 1984 |
| U.S. Court of Appeals, Federal Circuit | 1991 |
| U.S. District Court, Central District of California | 1981 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or ___David S. Greber___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Stephen S. Burgoon | Michael F. Wright |
| Printed Name | Printed Name |
| Greber & Burgoon, P.C. | Case, Knowlson, Jordan & Wright LLP |
| Firm | Firm |
| 8 East 2nd Street, Suite 203 Frederick, MD 21701 | 2049 Century Park East, Suite 3350 Los Angeles, California 90067 |
| Address | Address |
| (301) 696-9396 | (310) 552-2766 |
| Telephone Number | Telephone Number |
| (301) 696-9397 | (310) 552-3229 |
| Fax Number | Fax Number |

*****************************************************************

## ORDER

☑ GRANTED   ☐ DENIED

___2-6-03___

Date

Felicia C. Cannon

Clerk, United States District Court
by _____

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice