IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Patrick J. Griffin, III, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. WMN-02-1917 |
| v. ) | |
| ) | |
| **Department of Veterans Affairs, et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING JOINT MOTION REQUESTING EXTENSION OF TIME FOR DEFENDANT TO REPLY TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF FOR VIOLATION OF THE FIRST AMENDMENT**

This cause having come on before the Court on the parties' Joint Motion Requesting Extension of Time for Defendant to Reply to Plaintiffs' First Amended Complaint for Declaratory Judgment and Injunctive Relief for Violation of the First Amendment, and the Court being fully advised, it is hereby

ORDERED that defendant has a thirty (30) day enlargement of time, from February 25, 2003, to March 27, 2003, to file its reply to Plaintiffs' First Amended Complaint for Declaratory Judgment and Injunctive Relief for Violation of the First Amendment.

DONE and ORDERED this 26th day of February, 2003.

_____
WILLIAM M. NICKERSON
Senior United States District Judge

Copies to:

Stephen S. Burgoon, Esq.
Greeber, Simms & Showers, Llp
8 East Second Street
Suite 203
Frederick, MD  21701
(301) 696-9396 ph
(301) 696-9397 fax

Michael F. Wright, Esq.
Case, Knowlson, Jordan & Wright
2049 Century Park East
Suite 3350
Los Angeles, CA  90067

James J. Schwartz
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7310
P.O. Box 883
Washington, D.C.  20044

Ariana Wright Arnold
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone: (410) 209-4973
Fax:  (410) 962-2310