IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Patrick J. Griffin, III, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. WMN-02-1917 |
| v. ) | |
| ) | |
| **Department of Veterans Affairs, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**JOINT MOTION ESTABLISHING DEADLINE FOR COMPLETION OF
INFORMAL DISCOVERY AND BRIEFING SCHEDULE**

PLEASE TAKE NOTICE that the parties jointly move to establish both a deadline for completion of informal discovery and a briefing schedule. As contemplated in plaintiffs' Status Report filed with the Court on January 28, 2003, the parties have agreed to engage in limited informal discovery. Once the informal discovery is complete, the parties will file dispositive motions based on Plaintiffs' First Amended Complaint and the results of the informal discovery. The parties have agreed to the following timetable:

| Event | Date |
|---|---|
| Completion of informal discovery | March 31, 2003 |
| Filing of Motion for Preliminary Injunction and/or Summary Judgment | April 14, 2003 |

Defendants agree to answer Plaintiffs' First Amended Complaint, if necessary, within thirty (30) days of disposition of the motions to be filed by the parties. It is intended that these deadlines would supercede the date established by this Court's February 26, 2003 Order for defendants'

answer to Plaintiffs' First Amended Complaint.

A proposed Order is attached.

Dated:  March 25, 2003

Respectfully submitted,

|  |  |
|---|---|
|  | ROBERT D. McCALLUM, JR.<br>Assistant Attorney General |
| _____\s\_____<br>MICHAEL F. WRIGHT, ESQ.<br>(with permission)<br>CASE, KNOWLSON, JORDAN & WRIGHT<br>2049 CENTURY PARK EAST<br>SUITE 3350<br>LOS ANGELES, CA  90067<br>(310) 522-2766 ext. 133 ph<br>(310) 522-3229 fax | THOMAS M. DIBIAGIO<br>United States Attorney |
|  | _____\s\_____<br>ARIANA WRIGHT ARNOLD<br>PAUL SOEFFING<br>Assistant United States Attorney<br>6625 United States Courthouse<br>101 West Lombard Street<br>Baltimore, Maryland 21201-2692<br>Telephone: (410) 209-4973<br>Fax:  (410) 962-2310 |
| STEPHEN S. BURGOON, ESQ.<br>GREEBER, SIMMS & SHOWERS, LLP<br>8 EAST SECOND STREET<br>SUITE 203<br>FREDERICK, MD  21701<br>(301) 696-9396 ph<br>(301) 696-9397 fax | RICHARD G. LEPLEY<br>Assistant Director<br>JAMES J. SCHWARTZ<br>Trail Attroney<br>U.S. DEPT. OF JUSTICE, CIVIL DIV.<br>FEDERAL PROGRAMS BRANCH<br>20 Massachusetts Ave, N.W., Room 7310<br>P.O. Box 883<br>Washington, D.C.  20044<br>(202) 514-3378 ph<br>(202) 616-8202 fx |
| Counsel for Plaintiff | OF COUNSEL:<br><br>RICHARD J. HIPOLIT<br>    Deputy Assistant General Counsel<br>MARTIN J. SENDEK<br>    Staff Attorney<br>Department of Veterans Affairs<br>Counsel for Defendant |

Patrick Griffin, III, et al. v. Dept. of Veterans Affairs
Civil Action No. WMN-02-1917

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Joint Motion Establishing Deadline for Completion of Informal Discovery and Briefing Schedule, to following counsel for plaintiff:

| | |
|---|---|
| Stephen S. Burgoon, Esq.<br>Greeber, Simms & Showers, LLP<br>8 East Second Street<br>Suite 203<br>Frederick, MD  21701 | by fax @ (301) 696-9397 |

and

| | |
|---|---|
| Michael F. Wright, Esq.<br>Case, Knowlson, Jordan & Wright<br>2049 Century Park East, Suite 3350<br>Los Angeles, CA  90067. | by first-class mail |

\s\
James J. Schwartz

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Patrick J. Griffin, III, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No. WMN-02-1917** |
| v. ) | |
| ) | |
| **Department of Veterans Affairs, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER GRANTING JOINT MOTION ESTABLISHING DEADLINE FOR COMPLETION OF INFORMAL DISCOVERY AND BRIEFING SCHEDULE

This cause having come on before the Court on the Parties Joint Motion Establishing Deadline for Completion of Informal Discovery and Briefing Schedule, and the Court being fully advised, it is hereby

ORDERED that informal discovery will be completed by March 31, 2003, Motion for Preliminary Injunction and/or Motions For Summary Judgment will be filed by April 14, 2003, and, if necessary, defendants will answer Plaintiffs' First Amended Complaint within thirty (30) days of disposition of the motions to be filed by the parties. This Order supercedes this Court's previous Order of February 26, 2003, establishing the date for defendants' answer the Plaintiffs' First Amended Complaint.

DONE and ORDERED this ____ day of March, 2003.

_____
THE HON. WILLIAM M. NICKERSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Stephen S. Burgoon, Esq.
Greeber, Simms & Showers, Llp
8 East Second Street
Suite 203
Frederick, MD  21701
(301) 696-9396 ph
(301) 696-9397 fax

Michael F. Wright, Esq.
Case, Knowlson, Jordan & Wright
2049 Century Park East
Suite 3350
Los Angeles, CA  90067

James J. Schwartz
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7310
P.O. Box 883
Washington, D.C.  20044

Ariana Wright Arnold
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone: (410) 209-4973
Fax:  (410) 962-2310