IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK J. GRIFFIN III,
et al.

v                                          Civil Action WMN-02-1917

DEPARTMENT OF VETERANS AFFAIRS,
et al.

ORDER

On the docket in this action are Plaintiffs' Motion for Preliminary Injunction (Paper No 1 and Plaintiffs' Letter Motion requesting the Court not to set a preliminary injunction briefing schedule (Paper No 7). Plaintiffs filed a motion for a temporary restraining order and a motion for preliminary injunction. A hearing was held on the motion for the temporary restraining order, and the motion was denied  Subsequently, Plaintiffs sent a letter to the Court in which they advised the Court that they "intend to determine whether it will be necessary for them to seek a preliminary injunction in this case." Plaintiffs requested "that the Court not set a preliminary injunction briefing schedule as requested in plaintiffs original papers filed in connection with the June 7, 2002 TRO hearing." The Court has not heard anything further from Plaintiffs regarding their motion for preliminary injunction. As such, the Court will grant Plaintiffs' request to not set a preliminary injunction briefing schedule and will deny without prejudice Plaintiffs' motion for preliminary injunction Accordingly, IT IS this 26th day of March 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiffs' Motion for Preliminary Injunction (Paper No 1) is hereby DENIED without prejudice;

2. That Plaintiffs' Motion Requesting the Court not to set a preliminary injunction briefing schedule (Paper No. 7) is hereby GRANTED;

3. That the Clerk of the Court shall transmit copies of this order to all counsel of record

/s/

_____
William M. Nickerson
Senior United States District Judge