# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Patrick J. Griffin, III, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No. WMN-02-1917** |
| v. ) | |
| ) | |
| **Department of Veterans Affairs, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION TO DISMISS,
## OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure, defendants by and through their undersigned counsel, respectfully move to dismiss, or, in the alternative, for summary judgment. The bases for this motion are that plaintiffs do not have standing; plaintiffs claims are not ripe; plaintiffs have failed to state a claim upon which relief can be granted as defendants have reasonably and in a viewpoint neutral manner applied 38 C.F.R. § 1.218(a)(14); or, in the alternative, there is no genuine issue of material fact regarding the reasonableness and viewpoint neutral manner in which VA applies 38 C.F.R. § 1.218(a)(14).

In support of this motion, defendants rely upon the accompanying memorandum of points and authorities and the declaration and exhibits attached thereto.

Dated:  April 14, 2003

                    Respectfully submitted,

                    ROBERT D. McCALLUM, JR.
                    Assistant Attorney General

                    THOMAS M. DIBIAGIO
                    United States Attorney

                    _____\s_____
                    ARIANA WRIGHT ARNOLD
                    Assistant United States Attorney
                    6625 United States Courthouse
                    101 West Lombard Street
                    Baltimore, Maryland 21201-2692
                    Telephone: (410) 209-4973
                    Fax:  (410) 962-2310


                    _____\s_____
                    RICHARD G. LEPLEY
                    Assistant Director
                    JAMES J. SCHWARTZ
                    Trail Attorney
                    U.S. DEPT. OF JUSTICE, CIVIL DIV.
                    FEDERAL PROGRAMS BRANCH
                    20 Massachusetts Ave, N.W., Room 7310
                    P.O. Box 883
                    Washington, D.C.  20044
                    (202) 514-3378 ph
                    (202) 616-8202 fx

                    OF COUNSEL:

                    RICHARD J. HIPOLIT
                       Deputy Assistant General Counsel
                    MARTIN J. SENDEK
                       Staff Attorney
                    Department of Veterans Affairs
                    Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Patrick J. Griffin, III, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. WMN-02-1917 |
| **v.** ) | |
| ) | |
| **Department of Veterans Affairs, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of the defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment, it is hereby:

**ORDERED**, that the defendants' motion is **GRANTED**; and

**ORDERED,** that all remaining claims against the Defendants are **DISMISSED** with prejudice.

_____
THE HON. WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

Dated: _____