UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual,<br>14101 Berryville Road<br>Darnestown, Maryland 20874-3517<br><br>Sons of Confederate Veterans,<br>a Mississippi non-profit corporation,<br>R.G. Wilson, Commander-in-Chief,<br>740 Mooresville Pike, Columbia, TN 38401.<br><br>Point Lookout Prisoner of War Assn.,<br>A nonprofit unincorporated association,<br>Patricia B. Buck, President,<br>1214 Moyer Road, Newport News, VA 23608-2453<br><br>      Plaintiffs,<br><br>vs.<br><br>Department of Veterans Affairs, a Department of<br>the United States Government;<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001<br><br>Roger R. Rapp, Director, National Cemetery<br>System, a Division of the Department of Veterans<br>Affairs, an individual, in his official capacity,<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001<br><br>Ken Stoner, Director, Point Lookout Confederate<br>Cemetery, an individual, in his official capacity,<br>5501 Frederick Avenue<br>Baltimore, Maryland 21228,<br><br>      Defendants. | Civil Action No. WMN-02-1917<br><br>PLAINTIFFS' MOTION FOR<br>PRELIMINARY INJUNCTION |

************************************************************************

Plaintiffs Patrick J. Griffin, III, Sons of Confederate Veterans, Inc., a Mississippi non-profit corporation, and the Point Lookout Prisoner of War Association, an unincorporated, non-profit corporation (collectively "Plaintiffs") respectfully move for preliminary injunction pursuant to Fed. R. Civ. P. 65, as follows:

1.   Plaintiffs seek a preliminary injunction restrain and enjoin defendants Department of Veterans Affairs, a department of the United States Government; Roger R. Rapp, Deputy Under Secretary of Operations, National Cemetery Administration, Department of Veterans Affairs, an individual, in his official capacity; and Ken M. Stoner, Director, Point Lookout Confederate Cemetery ("the Cemetery"), Department of Veterans Affairs, an individual, in his official capacity (collectively "Defendants"), their officers, agents, servants, employees and attorneys, and all those acting in concert with any of them, from the following acts:

a.   Prohibiting or interfering with the verbal speech of any person, in connection with the Confederate memorial ceremony held annually at the Cemetery, on the basis of the content of such speech;

b.   Prohibiting or interfering with the verbal speech of any persons assembled in groups at the Cemetery, on the basis of the content of such speech or any failure by a member of such group to obtain permission to engage in speech as part of an assembled group;

c.   Initiating any criminal proceedings against any person for engaging in or listening to verbal speech inside the Cemetery on the basis of the content of the speech or failure to obtain permission to engage in such speech; and

d.   Withholding permission for the annual Confederate memorial ceremony at the Cemetery on the grounds that speech that is to occur at the ceremony violates the VA's

1

restrictions on verbal speech or that speeches to be given at the ceremony, or a summary thereof, was not provided to the VA.

The requested injunction is not intended to prevent Defendants from prohibiting improper conduct at the Cemetery.

2. This motion is made on the grounds that immediate and irreparable injury will result to Plaintiffs unless Defendants are enjoined from prohibiting or interfering with verbal speech that Plaintiffs and their members wish to engage in and hear in connection with the annual Confederate memorial ceremony held at the Cemetery, and on other informal visits to the Cemetery. The loss of such rights, even for brief periods of time, constitutes irreparable injury.

3. This motion realleges and incorporates herein by reference Plaintiffs' First Amended Complaint, filed herein, the accompanying Memorandum of Points and Authorities, and the concurrently filed Supplemental Declaration of Patrick J. Griffin, III and Declarations of Patricia B. Buck, J. B. Couch and Michael F. Wright.

| April 14, 2003 | Respectfully submitted, |
|---|---|
| GREBER & BURGOON | CASE, KNOWLSON, JORDAN & WRIGHT |
| By: /s/ | By: /s/ |
| Stephen S. Burgoon | Michael F. Wright (*pro haec vice*) |
| (U.S. Bar No. 22207) | (U.S Bar ID No. 82536) |
| 8 East 2nd Street, Suite 203 | 2049 Century Park East, Suite 3350 |
| Frederick, Maryland 21701 | Los Angeles, California 90067 |
| Phone: (301) 696-9636 | Phone: (310) 552-2766 |
| Fax: (301) 696-9637 | Fax: (310) 552-3229 |
| | e-mail:mwright@ckjw.com |