## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Patrick J. Griffin, III, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Civil Action No. WMN-02-1917 |
| v. | ) |
| | ) |
| **Department of Veterans Affairs, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT