U.S. Department of Justice

Civil Division

---

Post Office Box 883  
Washington, DC 20044

Telephone: (202) 616-8267  
Telecopier: (202) 616-8202

March 6, 2003

**Via Facsimile Only**
Michael F. Wright, Esq.
Case, Knowlson, Jordan & Wright
2049 Century Park East
Suite 3350
Los Angeles, CA 90067

      Re:   *Patrick J. Griffin, III, et al., v. Department of Veterans Affairs, et al.*,
             Civil Action No. WMN-02-1917

Dear Mr. Wright:

      This letter will serve to memorialize our agreement concerning informal discovery to be conducted prior to a ruling by Judge Nickerson on initial dispositive motions. The parties have agreed to limit the informal discovery to the ten items listed in your letter e-mailed to me on January 21, 2003. Plaintiffs have also agreed to limit to the scope of those ten items to include only the National Cemetery Administration.

      In the event the litigation continues after a ruling by Judge Nickerson on initial dispositive motions, the parties will then be free to engage in additional traditional discovery as governed by the Federal Rules of Civil Procedure.

      If the above does not accurately describe the agreement reached between the parties, please contact me immediately.

                                                    Sincerely yours,

                                                    James J. Schwartz
                                                    Trial Attorney
                                                    Federal Programs Branch