*F/r*
*Springfield, MO*
*Confederate Issue*

## Webb, George

| | |
|---|---|
| From: | Webb, George |
| Sent: | Monday, June 03, 2002 1:26 PM |
| To: | McLendon, M'Liz |
| Cc: | Watson, Fred L; Klahs, Jan; Church, Ralph |
| Subject: | FW: Ceremonial Day - Springfield National Cemetery |

M'Liz:

The information you requested regarding the Confederate Ceremonial Day at Springfield is contained in the e-mail below from Gary Edmondson. If this does not provide you with all the information you need, feel free to give me a call.

George M. Webb
Director, MSN IV
(317) 226-0205

-----Original Message-----
| | |
|---|---|
| From: | Edmondson, Gary |
| Sent: | Monday, June 03, 2002 12:54 PM |
| To: | Klahs, Jan |
| Cc: | Webb, George; Church, Ralph |
| Subject: | RE: Ceremonial Day - Springfield National Cemetery |

Mrs. Klahs, I reviewed the regulation prior to the Confederate Ceremonial Day. The program Dr. Hardy and Mr. Wolfe organized was in keeping with the intent of the directive. All confederate graves were decorated with the Stars and Bars as depicted in the newspaper
photo I sent you. In addition, there were two Battle Flags and one Star and Bars displayed on staff poles. One Battle Flag was positioned in front of Gen Price's Monument the other positioned as you enter the confederate section on the left side next to our interment area. The Star and Bars was adjacent to the Battle Flag on the other side of interment area. All Flags associated with the Ceremony were inside the enclosed wall of the Confederate area. The American Flag and POW flag remained at full staff during the service. The Avenue of Flags were also displayed within the area. Our main flag post is located in the center of the cemetery prior to entering the Confederate area and is clearly visible from the location of the ceremony. In past years, the Battle Flag was allowed to be flown on a 40 foot pole located next to Gen Price's monument. No flag was allowed this year from that pole. I was present for service and detected no remarkable problems. However, after the conclusion of the ceremony, it was announced there would be a meeting with officers from The Sons of The Confederacy on the cemetery grounds. I contacted Mr. Wolfe and related that would not be allowed, it was not listed on the program. He understood and did not take issue. I also inform media people there would be no meeting on cemetery property. The ceremony concluded with no known incidents. The Grave Flags were displayed at 0900AM and were removed at 0430PM in accordance with the approved program. The events during the ceremony consisted of The Pledge of Allegiance to the American Flag, Salute to the Confederacy, speech from Dr Hardy, prayers, reading of known dead soldiers, and Taps. If you need more data please let me know.

Gary Edmondson

-----Original Message-----
| | |
|---|---|
| From: | Klahs, Jan |
| Sent: | Monday, June 03, 2002 12:03 PM |
| To: | Edmondson, Gary |
| Cc: | Webb, George; Church, Ralph |
| Subject: | Ceremonial Day - Springfield National Cemetery |

Gary, Please provide me with a description of the events that took place at the Confederate Ceremonial Day on June 2, 2002. What flags were flying, what flags were placed on the gravesites, etc. Also please provide any newspaper clippings from local newspapers. I need a detailed description of flag placement, particularly those that were on the staff. Where does the American Flag fly exactly? Is the American Flagpole near the one that used to be used for flying the Confederate Flag?

Gary, This issue is a priority - please respond immediately. Thanks

1