-----Original Message-----
From: Stoner, Ken [mailto:kstoner@cem.va.gov]
Sent: Friday, February 14, 2003 12:10 PM
To: 'john.stober@veridian.com'
Subject: Thanks


Give me a little time to compare your list of names with what I've got.


The notebook was placed in the mail to you yesterday.

Regarding an outline for the guest speaker.

A good outline should be sufficient. It would be "good" if sufficient information is available to accurately reveal the content and character of the presentation. As you know we are looking for assurance that the event is not serving a politically-oriented purpose. The focus should be on dignified memorialization for the deceased

Regarding the 3 minute introductions. I recommend you caveat the submission with a statement that brief introductions will not serve a political purpose and merely serve to introduce the following speakers.

What if someone were to outright refuse? Reply --- I'm not going to send any cops out but the noncooperative spirit would be noted.
If the actual verbal remarks then turned out to be inappropriate in some way, we would address that when it comes to consider the following year's event.


Ken

(4)

-----Original Message-----
**From:** Stoner, Ken [mailto:kstoner@cem.va.gov]
**Sent:** Friday, February 14, 2003 3:46 PM
**To:** 'Stober, John'
**Subject:** RE: Thanks

Agree with the wisdom in getting the request documented. It protects both of us.

Please send him my thanks for being so considerate.

Ken

> -----Original Message-----
> **From:** Stober, John [mailto:John.Stober@veridian.com]
> **Sent:** Friday, February 14, 2003 1:47 PM
> **To:** 'Stoner, Ken'
> **Subject:** RE: Thanks
>
> Ken,
>
> Thanks for the reply. Obviously there is no rush on an updated list. I do understand it can take some time in comparing the names on different lists. Also thanks again for the binder and sheet protectors.
>
> I totally understand with the rest of your e-mail as well. I have spoken to the majority of our "active" camp members and I believe what we will do is that if a "prospective" speaker refuses to provide their speech or outline of topics they wish to talk about to us, which inturn will be forwarded to you, then we will have no choice then to refuse them a place on our program.
>
> Also, you will be sent a letter from our camp commander Frank Willis on our camp letterhead requesting us to hold our memorial service on June 14 10:00am. Even though you have provided us verbal approval, Robin wanted a "documented" request, I guess to cover both the VA and our camp.
>
> Be talking with you later. Take care.
>
> John



## Testing, Robert

**From:** Stoner, Ken
**Sent:** Monday, March 03, 2003 4:36 PM
**To:** 'Stober, John'
**Subject:** RE: List of New names

John,
Thanks for following up with the copies of the speeches or outlines. You can pass them to me electronically if that will make things easier. I believe a good outline or summary will be adequate. I'll take what you provide and coordinate with others within NCA so they know your folks are following the correct procedures.

It's still cold up here but warmer weather is bond to arrive soon.

Ken


-----Original Message-----
**From:** Stober, John [mailto:John.Stober@veridian.com]
**Sent:** Monday, March 03, 2003 1:52 PM
**To:** 'Stoner, Ken'
**Subject:** RE: List of New names

Ken,

   Your assumption is correct. I have provided the extra copies myself for several years. I do that about 3 or 4 times a year. I will continue to do that until I'm not able to. I also will do whatever I can, when I can, but I can't promise that I will always be available to do certain tasks or requests because something might come up which could prevent me to do "whatever". Case in point, last year I had nothing to do with the ceremony because my dad past away November 2001 and as his executor of his estate, I was very busy with more important duties and the members of our SCV camp understood that and was very supportive of me.

   I'll be sending you copies of speeches or outlines and our program around the middle of next month. That's when we should get them from the people.

John

-----Original Message-----
**From:** Stoner, Ken [mailto:kstoner@cem.va.gov]
**Sent:** Monday, March 03, 2003 11:46 AM
**To:** 'Stober, John'
**Cc:** Dixon, Michael H.; Rudacille, Darlene
**Subject:** RE: List of New names

   John, we don't normally put extra copies in those tables. The one master copy in the binder suits our need. Can I assume that you are providing the extra 100 at the expense and desire of SCV?

   Your help is really appreciated. We don't want to take advantage of your support.

   Ken


-----Original Message-----

3/18/2003

**From:** Stober, John [mailto:John.Stober@veridian.com]
**Sent:** Monday, March 03, 2003 10:36 AM
**To:** 'kstoner@cem.va.gov'
**Subject:** List of New names

Ken,

    Wanted to let you know that this past weekend I put the binder with the names in the sheet protectors and made 100 copies of the list and put both in the table at the Point Lookout Confederate Cemetery.

John