UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual,<br>14101 Berryville Road<br>Darnestown, Maryland 20874-3517<br><br>Sons of Confederate Veterans,<br>a Mississippi non-profit corporation,<br>R.G. Wilson, Commander-in-Chief,<br>740 Mooresville Pike<br>Columbia, TN 38401<br><br>Point Lookout Prisoner of War Assn.,<br>A nonprofit unincorporated association,<br>Patricia B. Buck, President,<br>1214 Moyer Road<br>Newport News, VA 23608-2453<br><br>      Plaintiffs,<br><br> vs.<br><br>Department of Veterans Affairs,<br>a Department of the United States Government<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001<br><br>Roger R. Rapp, Director, National Cemetery<br>System, a Division of the Department of Veterans<br>Affairs, an individual, in his official capacity,<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001<br><br>Ken Stoner, Director, Point Lookout Confederate<br>Cemetery, an individual, in her official capacity,<br>5501 Frederick Avenue<br>Baltimore, Maryland 21228,<br><br>      Defendants. | Civil Action No. WMN-02-1917<br><br>NOTICE OF FILING OF LENGTHY<br>ATTACHMENTS AND EXHIBITS TO<br>PLAINTIFFS' MOTION FOR<br>PRELIMINARY INJUNCTION |

*******************************************************************

1. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;

2. SUPPLEMENTAL DECLARATION OF PATRICK J. GRIFFIN, III IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;

3. NOTICE OF FILING OF LENGTHY EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF PATRICK J. GRIFFIN, III;

4. DECLARATION OF PATRICIA B. BUCK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;

5. NOTICE OF FILING OF LENGTHY EXHIBITS TO THE DECLARATION OF PATRICIA B. BUCK;

6. DECLARATION OF J.B. COUCH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; and

7. DECLARATION OF MICHAEL F. WRIGHT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION,

which are attachments and exhibits to Plaintiffs' Motion for Preliminary Injunction are electronically filed and a copy will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: April 14, 2003                             Respectfully submitted,

GREBER & BURGOON                                  CASE, KNOWLSON, JORDAN & WRIGHT

By: _____/s/_____                             By: _____/s/_____
Stephen S. Burgoon                                Michael F. Wright (*pro haec vice*)
(U.S. Bar No. 22207)                              (U.S Bar ID No. 82536)
8 East 2nd Street, Suite 203                      2049 Century Park East, Suite 3350
Frederick, Maryland 21701                         Los Angeles, California 90067
Phone: (301) 696-9636                             Phone: (310) 552-2766
Fax: (301) 696-9637                               Fax: (310) 552-3229
                                                  e-mail:mwright@ckjw.com