UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual,<br>14101 Berryville Road<br>Darnestown, Maryland  20874-3517<br><br>Sons of Confederate Veterans,<br>a Mississippi non-profit corporation,<br>R.G. Wilson, Commander-in-Chief,<br>740 Mooresville Pike<br>Columbia, TN 38401<br><br>Point Lookout Prisoner of War Assn.,<br>A nonprofit unincorporated association,<br>Patricia B. Buck, President,<br>1214 Moyer Road<br>Newport News, VA 23608-2453<br><br>                    Plaintiffs,<br><br>  vs.<br><br>Department of Veterans Affairs,<br>a Department of the United States Government<br>810 Vermont Avenue, NW<br>Washington, D.C.  20420-0001<br><br>Roger R. Rapp, Director, National Cemetery<br>System, a Division of the Department of Veterans<br>Affairs, an individual, in his official capacity,<br>810 Vermont Avenue, NW<br>Washington, D.C.  20420-0001<br><br>Ken Stoner, Director, Point Lookout Confederate<br>Cemetery, an individual, in her official capacity,<br>5501 Frederick Avenue<br>Baltimore, Maryland  21228,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. WMN-02-1917<br><br>NOTICE OF FILING OF LENGTHY EXHIBITS |

*********************************************************************************

Exhibits 1 through 9, which are attachments to Supplemental Declaration of Patrick J. Griffin, III in Support of Plaintiffs' Motion for Preliminary Injunction exist only in paper format and if scanned will be larger than 1.5 MB. It will be file with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: April 14, 2003                                  Respectfully submitted,

GREBER & BURGOON                                       CASE, KNOWLSON, JORDAN & WRIGHT

By:_____/s/_____                                   By:_____/s/_____
   Stephen S. Burgoon                                     Michael F. Wright (*pro haec vice*)
   (U.S. Bar No. 22207)                                   (U.S Bar ID No. 82536)
   8 East 2nd Street, Suite 203                           2049 Century Park East, Suite 3350
   Frederick, Maryland 21701                              Los Angeles, California 90067
   Phone: (301) 696-9636                                  Phone: (310) 552-2766
   Fax: (301) 696-9637                                    Fax: (310) 552-3229
                                                          e-mail:mwright@ckjw.com