UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual,<br>14101 Berryville Road<br>Darnestown, Maryland 20874-3517<br><br>Sons of Confederate Veterans, a Mississippi non-profit corporation, R.G. Wilson, Commander-in-Chief,<br>740 Mooresville Pike, Columbia, TN 38401.<br><br><br>Point Lookout Prisoner of War Assn.,<br>A nonprofit unincorporated association,<br>Patricia B. Buck, President,<br>1214 Moyer Road, Newport News, VA 23608-2453<br><br>    Plaintiffs,<br><br>    vs.<br><br>Department of Veterans Affairs, a Department of the United States Government;<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001<br><br>Roger R. Rapp, Director, National Cemetery System, a Division of the Department of Veterans Affairs, an individual, in his official capacity,<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001<br><br>Ken Stoner, Director, Point Lookout Confederate Cemetery, an individual, in his official capacity,<br>5501 Frederick Avenue<br>Baltimore, Maryland 21228, | Civil Action No. WMN-02-1917<br><br>DECLARATION OF PATRICIA B. BUCK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF PATRICIA B. BUCK

I, PATRICIA B. BUCK, declare and say as follows:

1. I am an individual resident of the Commonwealth of Virginia and am the founder and president of the Point Lookout Prisoner of War Association ("PLPOW"), a non-profit historical organization of approximately 1070 persons descended from Confederate soldiers imprisoned at Point Lookout, Maryland during the War Between the States. I know the matters set forth herein of my own personal knowledge and if called as a witness could and would testify competently thereto.

2. PLPOW's mission is to preserve the history and memory of the Point Lookout prisoners, and to obtain for them the recognition their service to the South and their personal sacrifice merit. PLPOW is fully independent and is not affiliated with any other organization. Since approximately 1998 PLPOW has maintained an internet web site at this address: http://PLPOW.tripod.com. Each year for the past eleven (11) years, PLPOW members have met in a series of events held in early June. These events, which PLPOW calls the annual "pilgrimage," include a Confederate memorial ceremony at Point Lookout Confederate Cemetery ("the Cemetery"). The United States Department of Veterans Affairs ("VA") controls the Cemetery.

3. From 1992 to about May, 1998, the VA permitted the Confederate Battle Flag from the main flag pole of the Cemetery. From 1992 to 1995, the VA provided the flag.

-1-

Thereafter, PLPOW provided the flag until the VA discontinued the display. I personally saw the flag flying from the Cemetery's main flag pole on many occasions. A photograph that accurately reflects the appearance of the United States and Confederate flags flying together from the main pole is reproduced on the page of the PLPOW website entitled "Soldier's Flag Can't Fly." Beginning with the 1998 ceremony at the Cemetery, both I and other speakers have expressed our opposition to the VA's policy of restricting display of the Confederate flag -- even above the mass grave of over 3,300 Confederate soldiers -- to one or at most two days a year. Some of these expressions of opposition are contained in formal addresses made by speakers at the Confederate memorial service. I obtained text copies of the speeches given at the ceremony in 1999 by Fr. Alister Anderson and in 2001 by Patrick J. Griffin, III. I posted the text of these speeches on the PLPOW's website shortly after the speeches were given. I personally heard Fr. Anderson's and Mr. Griffin's remarks. A true and correct copy of Fr. Anderson's 1999 speech, downloaded from the website, is attached hereto as Exhibit 1. A true and correct copy of Mr. Griffin's 2001 speech, also downloaded from the website, is attached hereto as Exhibit 2. Attached hereto as Exhibit 3 is a true and correct copy of Fr. Anderson's 2002 speech. I personally heard the speeches as they were delivered and promptly thereafter posted the text of the speeches on the PLPOW website.

4. Beginning with the June, 1998 ceremony, I too have given speeches at the Cemetery in opposition to the VA's flag policy. Each year I posted the text of my remarks on the

website shortly after I made them at the Cemetery. A true and correct copy of my remarks, including those given at the 2002 ceremony in honor of Ms. Grace Pratt, is attached hereto as Exhibit 4. At the 2001 ceremony I conferred the designation and award of Official Flag Bearer to Mr. Griffin for his efforts in the federal courts to win the right to display the Confederate flag at the Cemetery. A true and correct copy of the text of the Official Flag Bearer Proclamation, which I read to the assembled crowd of over 200 at the ceremony, is attached hereto as Exhibit 5. I also posted the text of the speech Mr. Griffin wished to give in 2002 on the website. A true and correct copy of Mr. Griffin's proposed remarks is attached hereto as Exhibit 6.

5.  At each of the Confederate memorial ceremonies since 1998, a major topic of conversation apart from formal addresses is the strong opposition of those in attendance to the VA's flag policy. On hundreds of occasions I have participated in small, impromptu group discussions about how unfair and senseless it is for the VA not to allow the daily display of the Confederate flag above the graves of Confederate soldiers. On a similar number of occasions I have participated in small-group discussions at the Cemetery to the effect that the VA's flag restrictions inhibit the efforts of those who seek to honor the memory of the Point Lookout Confederates. Such groups form spontaneously before, during and after the formal Confederate memorial ceremony. Based on my personal experience of having met and spoken with many such groups of attendees, I can testify that, at one time or another in connection with the ceremony,

virtually everyone I have spoken to has expressed opposition, and in many cases quite strong and vehement opposition, to the VA's flag policy. It is almost impossible to attend the ceremony without discussing this subject repeatedly. At the Confederate ceremony, the crowd typically sings "Dixie," "Maryland My Maryland," and other songs associated with the South and the Confederacy.

6. Since 1998, I have seen the VA's Robin Pohlman at the Confederate memorial service on approximately three occasions. She was present when speeches were given that included expressions of opposition to the VA's flag policy. At no time did Ms. Pohlman say anything to me to the effect that such speech violated VA speech regulations.

7. Each June, in connection with the annual pilgrimage, I visit the Cemetery on about three occasions apart from the memorial ceremony with small groups of other PLPOW members. On these occasions, the group will gather to discuss a variety of subjects. Sometimes a speaker will offer a few words in tribute to the Confederate prisoners held at Point Lookout. Sometimes a prayer will be offered. On some occasions the discussion includes expressions of opposition to VA flag policy. No VA permission is sought or received with respect to these visits or any speech in which I or other members of my group engage. I would like to continue these informal visits to the Cemetery, which are of great personal significance to me. I feel restrained in doing so, however, because I understand that "orations or similar conduct to assembled groups of people" are forbidden by VA regulations unless the VA's permission is obtained in advance. I

also understand that any speech in a VA cemetery that is critical of a VA policy or the policy of a private group is also forbidden. It is very burdensome to obtain VA permission for these small-group visits. Most of the visits are spontaneous, or planned only a short time before the visit, which makes it impossible to obtain advance VA permission. Moreover, since most of the speech that occurs on such visits is spontaneous, it is impossible to clear it with the VA in advance.

8.  At the June 8, 2002 ceremony, I was warned against saying anything in opposition to the VA's flag policy. I was informed that if I did so, I and the Vincent Camalier Camp of the Sons of Confederate Veterans might be subjected to a $250.00 fine and that the VA might prohibit the ceremony in the future. I therefore amended my remarks to avoid any statements that might lead to such action by the VA. In my opinion, the VA has denied my right to display the flag of my Confederate ancestors above the mass grave of Confederate soldiers. Now the VA threatens either to fine persons such as myself, who seek to stand in front of people who share my opinions and speak out against the VA's policies, or to prohibit the annual Confederate memorial service. I view the VA's flag and speech policies as affronts to the memory of my Confederate ancestor who was imprisoned at Point Lookout. At least a hundred people, both at the Confederate memorial ceremony at on other occasions, have expressed to me the same views.

9.  All of the speech I have heard at the Cemetery in opposition to the VA's flag and/or speech policy has been stated in normal tones. None of the participants in the Confederate memorial service or other PLPOW events have engaged in any conduct in the course of the

service that injured any persons or damaged any property. Those present at PLPOW events and at the Confederate memorial ceremony at all times have been quiet and attentive to the speakers. Mr. Griffin's and Fr. Anderson's remarks were greeted with applause and occasional cheers. While many of us are outraged by the VA's policies, we express our feelings in restrained tones and without the slightest damage to property or injury to any person whatsoever. I have never heard any incitement to violence, riot or any other disruptive conduct in any formal or informal speech at the Cemetery. The same is true of those with whom I have visited the Cemetery informally. Never in connection with such visits have I seen anything other than respectful conduct toward the Cemetery and the memory of those buried there.

    I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

    Executed this 9th day of April, 2003, at Newport News, Virginia.

    *Patricia B. Buck*
    Patricia B. Buck