UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Patrick J. Griffin, III, an individual,<br>14101 Berryville Road<br>Darnestown, Maryland 20874-3517 | )<br>)<br>) | Civil Action No. WMN-02-1917 |
| | )<br>) | NOTICE OF FILING OF LENGTHY<br>EXHIBITS |
| Sons of Confederate Veterans,<br>a Mississippi non-profit corporation,<br>R.G. Wilson, Commander-in-Chief,<br>740 Mooresville Pike<br>Columbia, TN 38401 | )<br>)<br>)<br>)<br>)<br>) | |
| Point Lookout Prisoner of War Assn.,<br>A nonprofit unincorporated association,<br>Patricia B. Buck, President,<br>1214 Moyer Road<br>Newport News, VA 23608-2453 | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | |
| Department of Veterans Affairs,<br>a Department of the United States Government<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001 | )<br>)<br>)<br>)<br>) | |
| Roger R. Rapp, Director, National Cemetery<br>System, a Division of the Department of Veterans<br>Affairs, an individual, in his official capacity,<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001 | )<br>)<br>)<br>)<br>)<br>) | |
| Ken Stoner, Director, Point Lookout Confederate<br>Cemetery, an individual, in her official capacity,<br>5501 Frederick Avenue<br>Baltimore, Maryland 21228, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

*************************************************************************

Exhibits 1 through 6, which are attachments to Declaration of Patricia B. Buck in Support of Plaintiffs' Motion for Preliminary Injunction exist only in paper format and if scanned will be larger than 1.5 MB.  It will be file with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: April 14, 2003                         Respectfully submitted,

GREBER & BURGOON                          CASE, KNOWLSON, JORDAN & WRIGHT

By:_____/s/_____            By: _____/s/_____
  Stephen S. Burgoon                          Michael F. Wright (*pro haec vice*)
  (U.S. Bar No. 22207)                         (U.S Bar ID No. 82536)
  8 East 2nd Street, Suite 203               2049 Century Park East, Suite 3350
  Frederick, Maryland 21701               Los Angeles, California 90067
  Phone: (301) 696-9636                      Phone: (310) 552-2766
  Fax: (301) 696-9637                           Fax: (310) 552-3229
                                  e-mail:mwright@ckjw.com