UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual,<br>14101 Berryville Road<br>Darnestown, Maryland 20874-3517<br><br>Sons of Confederate Veterans,<br>a Mississippi non-profit corporation,<br>R.G. Wilson, Commander-In-Chief,<br>740 Mooresville Pike<br>Columbia, TN 38401<br><br>Point Lookout Prisoner of War Assn.,<br>a nonprofit unincorporated association,<br>Patrick B. Buck, President,<br>1214 Moyer Road<br>Newport News, VA 23608-2453<br><br>      Plaintiffs,<br><br> v.<br><br>Department of Veterans Affairs,<br>a Department of the United States<br>Government;<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001<br><br>Roger R. Rapp, Director, National<br>Cemetery System, a Division of the<br>Department of Veterans Affairs,<br>an individual, in his official capacity,<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001 | Civil Action No. WMN-02-1917<br><br>DECLARATION OF J.B. COUCH<br>IN SUPPORT OF PLAINTIFFS'<br>MOTION FOR PRELIMINARY<br>INJUNCTION |

Ken Stoner, Director, Point Lookout      )
Confederate Cemetery, an individual,     )
in his official capacity,                )
5501 Frederick Avenue                    )
Baltimore, Maryland 21228,               )
                                         )
                    Defendants.          )
*************************************************************************

I, J.B. COUCH, declare and say as follows:

1. I am an individual resident of the State of Maryland. I know the facts set forth herein of my own personal knowledge and if called as a witness could and would testify competently thereto.

2. I am the immediate past commander of the Captain Vincent Camalier Camp No.1359, Sons of Confederate Veterans ("Camalier Camp"). For the past several years our camp has sponsored the annual Confederate memorial ceremony held at Point Lookout Confederate Cemetery ("the Cemetery").

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter, dated June 5, 2002, which I received on or about June 7, 2002 from Roger R. Rapp, Deputy Under Secretary of Operations of the National Cemetery Administration.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter I received on or about August 9, 2002 from Mr. Rapp.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

                                                  _____
                                                         J.B. Couch