

DEPARTMENT OF VETERANS AFFAIRS
NATIONAL CEMETERY ADMINISTRATION
WASHINGTON DC 20420

JUN 0 5 2002

Mr. J. B. Couch
Camalier Camp
Sons of Confederate Veterans
PO Box 1861
Lusby, Maryland 20657

Dear Mr. Couch:

I have received a letter from Mr. Michael F. Wright, attorney for Mr. Patrick J. Griffin III, concerning the memorial service sponsored by the Camalier Camp of the Sons of Confederate Veterans on June 8, 2002, at Point Lookout Confederate Cemetery (copy enclosed). Your camp was not mentioned in Mr. Wright's letter, nor did it appear that you or your organization received a courtesy copy.

In your March 1, 2002, request to Ms. Robin V. Pohlman, seeking approval to hold a memorial service at Point Lookout Confederate Cemetery on June 8, 2002, you state that the purpose of the service is to "honor the veterans who are buried at Point Lookout." You further stated that the memorial service date was chosen to coincide with the Civil War living history programs scheduled for that afternoon at the nearby Point Lookout State Park. Mr. Griffin proposes to make a speech during the memorial service that includes remarks that are not in keeping with the stated purpose of your service. Specifically, he has chosen to include political statements that are, in the view of the National Cemetery Administration, inconsistent with maintaining the decorum of the cemetery.

Based on the facts provided in your March 1, 2002, letter, Ms. Pohlman approved your request on March 19, 2002. The approval was granted with the expectation that the proposed memorial service would commemorate the Confederate dead. Should Mr. Griffin make his proposed remarks with your consent or acquiescence as part of your service, your ability to hold services at Point Lookout Confederate Cemetery in the future would be jeopardized. This would be based upon your sponsoring an event not in keeping with your stated purpose, and one not in keeping with the maintenance of the cemetery as a place of quiet dignity and a shrine to the memory of the honored dead.

Page 2

Mr. J. B. Couch

In the event you wish to contact Mr. Wright, you may do so by writing or calling:

> Mr. Michael F. Wright
> Case, Knowlson, Jordan & Wright LLP
> 2049 Century Park East, Suite 3350
> Los Angeles, California 90067
> Telephone: 310-552-2766

We, of course, anticipate that this year's memorial service will continue in the tradition you wrote about in your request, and that it will honor the Confederate soldiers who rest within Point Lookout Confederate Cemetery.

Sincerely yours,

Roger R. Rapp
Deputy Under Secretary
for Operations

Enclosure