


**DEPARTMENT OF VETERANS AFFAIRS**
NATIONAL CEMETERY ADMINISTRATION
WASHINGTON DC 20420

Mr. J. B. Couch
Commander, Camalier Camp
Sons of Confederate Veterans
P.O. Box 1861, Durango Drive
Lusby, Maryland 20657

Dear Commander Couch:

        This letter concerns the memorial service sponsored by the Camalier Camp of
the Sons of Confederate Veterans (SCV) on June 8, 2002, at Point Lookout
Confederate Cemetery. As you know, Point Lookout is a Department of Veterans
Affairs (VA) national cemetery, which is overseen by Ms. Robin Pohlman, the Director of
VA's Baltimore National Cemetery. Ms. Pohlman has, on an annual basis, granted your
organization permission to conduct a memorial service at Point Lookout Confederate
Cemetery in early June. Permission has been granted based upon representations by
your organization that the purpose of the memorial service is to honor those buried at
the cemetery. Prior memorial services held by your organization at Point Lookout
Confederate Cemetery have generally respected the decorum and sanctity of this
hallowed ground.

        Earlier this year we learned that Mr. Patrick J. Griffin, III, planned to present a
speech during the memorial service that contained remarks not in keeping with the
purpose of the cemetery to memorialize the Confederate dead who rest there. In
correspondence dated June 5, 2002, VA made clear to Mr. Griffin and to your
organization that Mr. Griffin's proposed speech would be inconsistent with maintaining
the decorum of the cemetery. Ultimately, Mr. Griffin chose to modify his remarks. We
are uncertain whether you or your organization played a role in Mr. Griffin's decision to
revise his speech. As you were the sponsoring organization, we thank you for any part
you played in this decision.

        VA hopes to maintain a cooperative relationship with the Camalier Camp and
wants to grant your organization permission to hold a June memorial service at Point
Lookout Confederate Cemetery in future years. To this end, we must call to your
attention conduct during this year's authorized memorial service at the cemetery that is
a cause for concern. Specifically, a participant in the memorial service, Reverend
Alistair Anderson, gave a speech containing remarks that were inappropriate in a
national cemetery.

        Reverend Anderson's remarks included the following: (1) lamenting what he
described as "white liberal socialists and elitist activists of the country [who have]
sponsored and nurtured attacks on all the traditional aspects of our nation;" (2)
criticizing "the rise of uncontrolled feminism, the ugly, demonic sexual revolution and the
ever increasing octopus-like domination and control of the Federal Government;" and,

Page 2

Mr. J. B. Couch

(3) declaring that SCV members should oppose "the enormous growth of the bureaucratic Federal Government and the great centralization of absolute power in Washington, D.C."

Reverend Anderson went on to express personal views that were critical of a number of individuals and organizations including the National Association for the Advancement of Colored People, the Southern Poverty Law Center, and the Governor of the State of Virginia. Much of Reverend Anderson's speech was devoted not to honoring the Confederate prisoners buried at Point Lookout Confederate Cemetery, but rather to commentary on current events and other statements of a partisan nature.

Pursuant to 38 U.S.C. § 2403(c), all national cemeteries "shall be considered national shrines as a tribute to our gallant dead." Further, VA regulations governing conduct at VA facilities specifically preclude "partisan activities, i.e., those involving commentary or actions in support of, or in opposition to, or attempting to influence, any current policy of the Government of the United States, or any private group, association, or enterprise." 38 C.F.R. § 1.218(a)(14)(ii). The remarks by Reverend Anderson referenced above clearly constituted partisan activity within the meaning of the regulation and were not in keeping with maintenance of the cemetery as a national shrine to the honored dead interred there. We trust you understand such remarks have no place in a national cemetery.

VA wishes to continue working with the Camalier Camp, and other organizations, to honor those buried at Point Lookout Confederate Cemetery. To do so, however, we must have your organization's assurance that it will make its best efforts to avoid statements of a partisan or political nature from taking place during authorized memorial services conducted by your organization at the cemetery. VA will take into account failure to provide such assurance when it considers future requests to hold such services. Further, we ask that your organization include, with any future requests for permission to hold memorial services at Point Lookout Confederate Cemetery, a schedule of events along with a brief summary of the intended remarks of any speakers. Please keep in mind that any such request must be submitted to the cemetery director at least 30 days in advance of the proposed event.

Sincerely yours,

Roger R. Rapp
Deputy Under Secretary
 for Operations