UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Patrick J. Griffin, III, an individual,<br>14101 Berryville Road<br>Darnestown, Maryland 20874-3517 | )<br>)<br>) | Civil Action No. WMN-02-1917 |
| | ) | DECLARATION OF MICHAEL F. |
| Sons of Confederate Veterans, a Mississippi non-<br>profit corporation, R.G. Wilson, Commander-in-<br>Chief,<br>740 Mooresville Pike, Columbia, TN 38401. | )<br>)<br>)<br>) | WRIGHT IN SUPPORT OF<br>PLAINTIFFS' MOTION FOR<br>PRELIMINARY INJUNCTION |
| | ) | |
| Point Lookout Prisoner of War Assn.,<br>A nonprofit unincorporated association,<br>Patricia B. Buck, President,<br>1214 Moyer Road, Newport News, VA 23608-2453 | )<br>)<br>)<br>) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Department of Veterans Affairs, a Department of<br>the United States Government;<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001 | )<br>)<br>)<br>) | |
| | ) | |
| Roger R. Rapp, Director, National Cemetery<br>System, a Division of the Department of Veterans<br>Affairs, an individual, in his official capacity,<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420-0001 | )<br>)<br>)<br>)<br>) | |
| | ) | |
| Ken Stoner, Director, Point Lookout Confederate<br>Cemetery, an individual, in his official capacity,<br>5501 Frederick Avenue<br>Baltimore, Maryland 21228, | )<br>)<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

*************************************************************************

I, MICHAEL F. WRIGHT, declare and say as follows:

1.      I am an attorney licensed to practice in the State of California and am a partner in law firm of Case, Knowlson, Jordan & Wright, co-counsel of record for the plaintiffs in this action. I have been admitted to practice pro haec vice in the above-entitled matter. I know the matters set forth herein of my own personal knowledge and if called as a witness, could and would testify competently thereto.

2.      Attached as Exhibit 2 to the concurrently filed Supplemental Declaration of Patrick J. Griffin, III is a true and correct copy of a letter I sent to VA officials Roger R. Rapp and Robin Pohlman on or about May 24, 2002.

3.      Attached as Exhibit 4 to the accompanying Supplemental Declaration of Patrick J. Griffin, III is a true and correct copy of a letter I received on or about June 5, 2002 from Tim S. McClain, General Counsel of the VA.

4.      Attached hereto as Exhibit 1 is a true and correct copy of a what I understand to be a letter dated March 21, 2003, from the Ken M. Stoner of the Department of Veterans Affairs ("VA") to Frank A. Willis of the Captain Vincent J. Camalier Camp, Sons of Confederate Veterans. Counsel for the defendants in this action provided this letter to me at my request.

5.      In preparing the accompanying Memorandum of Points and Authorities, I reviewed Defendants' Memorandum in Opposition to Plaintiffs' Motion and in Support of Defendants' Motion for Summary Judgment, filed on or about November 3, 2000 in *Patrick J.*

*Griffin, III v. Dept. of Veterans Affairs,* Case No. WMN 00-CV-2837. I represented Mr. Griffin in that case. The portions of defendants' memorandum quoted in the accompanying memorandum are true and correct quotations.

I declare that the foregoing is true and correct, under penalty of perjury under the laws of the United States of America.

Executed this 14ʰ day of April, 2003            _Michael F. Wright_____

Michael F. Wright

-2-