APR-04-2003  11:16      CIVIL DIV/FED PRO BR                        202 616 8202    P.02



# DEPARTMENT OF VETERANS AFFAIRS
Baltimore National Cemetery
5501 Fredrick Avenue
Baltimore MD 21228-2104

In Reply Refer To:

March 21, 2003

Mr. Frank A. Willis
Commander, Camalier Camp
Sons of Confederate Veterans
21660 Alalanta Street
Lexington Park, Maryland  20653

Dear Mr. Willis:

Thank you for your letter dated April 1, 2003 (sic), requesting permission to hold a Point Lookout Confederate Memorial Service on June 14, 2003, at 10 a.m. at Point Lookout Confederate Cemetery, under your organization's sponsorship.

Please note that approval of such events is not provided orally, but in writing. I regret that I cannot provide approval at this time, because more documentation is required. As I believe you are aware, due to remarks made at last year's ceremony, which were not appropriate for a memorial ceremony held in a national cemetery, we notified the camp's former Commander, Mr. J.B. Couch, by letter dated August 5, 2002, that, before we can approve future services sponsored by your organization at the cemetery, we must receive your organization's assurance that it will make its best efforts to avoid statements of a partisan or political nature from taking place during authorized memorial services conducted by your organization at the cemetery. In addition, we asked that your organization include with any future requests for permission to hold services at Point Lookout Confederate Cemetery a schedule of events along with a brief summary of the intended remarks of any speakers. We stated that a request containing this information must be submitted at least 30 days prior to the proposed event. A copy of the letter is enclosed.

I look forward to receiving this information from you in writing at least 30 days before the proposed event. We want to continue our long association with your organization to ensure that the Confederate soldiers who rest at Point Lookout Confederate Cemetery receive the honor due them through your memorial service.

Sincerely,

KEN M. STONER
Director

Enclosure



**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 14524
Washington, D.C. 20044-4524

Fax No. (202) 616-8202
Voice No. (202) 616-8267

**DATE:** April 4, 2003

**SENT BY:** James J. Schwartz

**TO:** Michael F. Wright, Esq.

**FAX No.** (310) 552-3229

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 2

**SPECIAL INSTRUCTIONS:**