UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual, ) | Civil Action No. WMN-02-1917 |
| 14101 Berryville Road ) | |
| Darnestown, Maryland 20874-3517 ) | CERTIFICATE OF SERVICE |
| ) | |
| Sons of Confederate Veterans, ) | |
| a Mississippi non-profit corporation, ) | |
| R.G. Wilson, Commander-in-Chief, ) | |
| 740 Mooresville Pike ) | |
| Columbia, TN 38401 ) | |
| ) | |
| Point Lookout Prisoner of War Assn., ) | |
| A nonprofit unincorporated association, ) | |
| Patricia B. Buck, President, ) | |
| 1214 Moyer Road ) | |
| Newport News, VA 23608-2453 ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Department of Veterans Affairs, ) | |
| a Department of the United States Government ) | |
| 810 Vermont Avenue, NW ) | |
| Washington, D.C. 20420-0001 ) | |
| ) | |
| Roger R. Rapp, Director, National Cemetery ) | |
| System, a Division of the Department of Veterans ) | |
| Affairs, an individual, in his official capacity, ) | |
| 810 Vermont Avenue, NW ) | |
| Washington, D.C. 20420-0001 ) | |
| ) | |
| Ken Stoner, Director, Point Lookout Confederate ) | |
| Cemetery, an individual, in her official capacity, ) | |
| 5501 Frederick Avenue ) | |
| Baltimore, Maryland 21228, ) | |
| ) | |
| Defendants. ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that on April 14, 2003 a paper format copy of :

1. PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;

3. SUPPLEMENTAL DECLARATION OF PATRICK J. GRIFFIN, III IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;

4. NOTICE OF FILING OF LENGTHY EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF PATRICK J. GRIFFIN, III;

5. DECLARATION OF PATRICIA B. BUCK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;

6. NOTICE OF FILING OF LENGTHY EXHIBITS TO THE DECLARATION OF PATRICIA B. BUCK;

7. DECLARATION OF J.B. COUCH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; and

8. DECLARATION OF MICHAEL F. WRIGHT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

which were electronically filed in this case on April 14, 2003, were sent out via federal express, to the Court and to:

Virginia B. Evans
Office of the United States Attorney
US Courthouse Federal Garmatz Bldg.
101 W. Lombard Street, Sixth Floor
Baltimore, MD 21201

Richard G. Lepley
US Department of Justice
Civil Division Federal Programs Branch
20 Massachusetts Avenue NW
P.O. Box 883
Washington, DC 20530.

James J. Schwartz
Department of Justice
Civil Division
Federal Programs Branch
P<O, Box 14524
Washington, D.C. 20044-4524

Respectfully submitted,

| GREBER & BURGOON | CASE, KNOWLSON, JORDAN & WRIGHT |
|---|---|
| By: /s/ | By: /s/ |
| Stephen S. Burgoon | Michael F. Wright (*pro haec vice*) |
| (U.S. Bar No. 22207) | (U.S Bar ID No. 82536) |
| 8 East 2nd Street, Suite 203 | 2049 Century Park East, Suite 3350 |
| Frederick, Maryland 21701 | Los Angeles, California 90067 |
| Phone: (301) 696-9636 | Phone: (310) 552-2766 |
| Fax: (301) 696-9637 | Fax: (310) 552-3229 |
|  | e-mail:mwright@ckjw.com |