March 23, 2003

Attention all speaking participants at the Capt Vincent Camalier SCV Camps Pt. Lookout Ceremony on June 14, 2003,

You are required to submit an outline of your remarks to Commander Frank Willis; he will copy your outline for the camp files and forward a copy to Mr. Ken Stoner of the Veterans Administration. You must include sufficient information in your outline to accurately reveal the content and character of your presentation. The Veterans Administration is looking for an assurance that the event is not serving a politically-oriented purpose and maintains the focus should be on dignified memorialization for the deceased. You are therefore instructed to sign your name below indicating that you have read and understood the above comments. If you do not sign this form, you will not be allowed to speak at this years Point Lookout Memorial Service.

The Captain Vincent Camalier Camp appreciates your cooperation and assistance in helping us to conduct an honorable and dignified ceremony in honor of our Confederate ancestors.

_PATRICK J. GRIFFIN, IV_ Print Name
_Patrick J. Griffin, IV_ Signature
_April 9, 2003_ Date Signed

Capt. Vincent Camalier Camp #1359
Leonardtown, Maryland
c/o: Commander Frank Willis
21660 Atalanta Street
Lexington Park, MD 20653
(301) 866-0619