UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual, ) <br> 14101 Berryville Road ) <br> Darnestown, Maryland  20874-3517 ) <br> ) <br> Sons of Confederate Veterans, ) <br> a Mississippi non-profit corporation, ) <br> R.G. Wilson, Commander-in-Chief, ) <br> 740 Mooresville Pike ) <br> Columbia, TN 38401 ) <br> ) <br> Point Lookout Prisoner of War Assn., ) <br> A nonprofit unincorporated association, ) <br> Patricia B. Buck, President, ) <br> 1214 Moyer Road ) <br> Newport News, VA 23608-2453 ) <br> ) <br>                    Plaintiffs, ) <br> ) <br>   vs. ) <br> ) <br> Department of Veterans Affairs, ) <br> a Department of the United States Government ) <br> 810 Vermont Avenue, NW ) <br> Washington, D.C.  20420-0001 ) <br> ) <br> Roger R. Rapp, Director, National Cemetery ) <br> System, a Division of the Department of Veterans ) <br> Affairs, an individual, in his official capacity, ) <br> 810 Vermont Avenue, NW ) <br> Washington, D.C.  20420-0001 ) <br> ) <br> Ken Stoner, Director, Point Lookout Confederate ) <br> Cemetery, an individual, in her official capacity, ) <br> 5501 Frederick Avenue ) <br> Baltimore, Maryland  21228, ) <br> ) <br>                    Defendants. ) | Civil Action No. WMN-02-1917 <br><br> CERTIFICATE OF SERVICE |

**********************************************************************

I hereby certify that on May 1, 2003 a paper format copy of :

1. PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT; and

2. SUPPLEMENTAL DECLARATION OF PATRICK J. GRIFFIN, III IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT.

which were electronically filed in this case on May 1, 2003, were sent out via federal express, to the Court and to:

Virginia B. Evans
Office of the United States Attorney
US Courthouse Federal Garmatz Bldg.
101 W. Lombard Street, Sixth Floor
Baltimore, MD 21201

Richard G. Lepley
US Department of Justice
Civil Division Federal Programs Branch
20 Massachusetts Avenue NW
P.O. Box 883
Washington, DC 20530.

James J. Schwartz
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 14524
Washington, D.C. 20044-4524

Respectfully submitted,

GREBER & BURGOON

By:_____/s/_____
   Stephen S. Burgoon
   (U.S. Bar No. 22207)
   [Signed by Michael F. Wright with permission of Stephen S. Burgoon]
   8 East 2nd Street, Suite 203
   Frederick, Maryland 21701
   Phone: (301) 696-9636
   Fax: (301) 696-9637

CASE, KNOWLSON, JORDAN & WRIGHT

By: _____/s/_____
   Michael F. Wright (*pro haec vice*)
   (U.S Bar ID No. 82536)
   2049 Century Park East, Suite 3350
   Los Angeles, California 90067
   Phone: (310) 552-2766
   Fax: (310) 552-3229
   e-mail:mwright@ckjw.com