UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual,<br>14101 Berryville Road<br>Darnestown, Maryland  20874-3517 )<br><br>Sons of Confederate Veterans, a Mississippi non-<br>profit corporation, R.G. Wilson, Commander-in-<br>Chief, 740 Mooresville Pike, Columbia, TN 38401.<br><br><br>Point Lookout Prisoner of War Assn.,<br>A nonprofit unincorporated association,<br>Patricia B. Buck, President,<br>1214 Moyer Road, Newport News, VA 23608-2453<br><br><br>Plaintiffs,<br><br>vs.<br><br>Department of Veterans Affairs, a Department of<br>the United States Government;<br>810 Vermont Avenue, NW<br>Washington, D.C.  20420-0001<br><br>Roger R. Rapp, Director, National Cemetery<br>System, a Division of the Department of Veterans<br>Affairs, an individual, in his official capacity,<br>810 Vermont Avenue, NW<br>Washington, D.C.  20420-0001<br><br>Ken Stoner, Director, Point Lookout Confederate<br>Cemetery, an individual, in her official capacity,<br>5501 Frederick Avenue<br>Baltimore, Maryland  21228,<br><br><br>Defendants. | Civil Action No. WMN-02-1917<br><br> DECLARATION OF PATRICK J.<br>GRIFFIN, III RE: VA CENSORSHIP<br>OF MR. GRIFFIN'S JUNE 14, 2003<br>SPEECH |

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, PATRICK J. GRIFFIN, III, declare and say as follows.

1.    I am a named plaintiff in this action. I submit this declaration in support of Plaintiffs' motion for preliminary injunction and in opposition to Defendants' motion to dismiss or in the alternative for summary judgment. I know the matters set forth herein of my own personal knowledge and if called as a witness could and would testify competently thereto.

2.    On May 19, 2003, I received an e-mail from Frank Willis, commander of the Capt. Vincent J. Camalier Camp No. 1359, Sons of Confederate Veterans. A true and correct copy of this e-mail is attached hereto as Exhibit 1.

3.    Attached to Mr. Willis's e-mail was a letter from Ken Stoner of the Department of Veterans Affairs ("VA"), dated May 12, 2003, setting forth the VA's edits of my speech proposed for June 14, 2003. A true and correct copy of Mr. Stoner's letter, as I received it, is attached hereto as Exhibit 2. A true and correct copy of my proposed speech for June 14, 2003, is attached hereto as Exhibit 3. The portions of the speech the VA has forbidden are underlined. I intend to give my speech as edited by the VA (*i.e.* without the underlined portions) unless relieved of the obligation of so doing by an order of this Court.

I declare that the foregoing is true and correct, under penalty of perjury under the laws of the United States of America.

Executed this 22$^d$ day of May, 2003, at Rehoboth Beach, Delaware.

*Patrick J. Griffin, III*

Patrick J. Griffin, III

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2003 a paper format copy of :

DECLARATION OF PATRICK J. GRIFFIN, III
RE: VA CENSORSHIP OF MR. GRIFFIN'S JUNE 14, 2003 SPEECH

which were electronically filed in this case on May 27, 2003, were sent out via federal express, to the Court and to:

Virginia B. Evans
Office of the United States Attorney
US Courthouse Federal Garmatz Bldg.
101 W. Lombard Street, Sixth Floor
Baltimore, MD 21201

Richard G. Lepley
US Department of Justice
Civil Division Federal Programs Branch
20 Massachusetts Avenue NW
P.O. Box 883
Washington, DC 20530.

James J. Schwartz
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 14524
Washington, D.C. 20044-4524

Respectfully submitted,

GREBER & BURGOON

By:_____/s/_____
  Stephen S. Burgoon
  (U.S. Bar No. 22207)
  [Signed by Michael F. Wright with
   permission of Stephen S. Burgoon]
  8 East 2nd Street, Suite 203
  Frederick, Maryland 21701
  Phone: (301) 696-9636
  Fax: (301) 696-9637

CASE, KNOWLSON, JORDAN & WRIGHT

By: _____/s/_____
  Michael F. Wright (*pro haec vice*)
  (U.S. Bar No. 82536)
  2049 Century Park East, Suite 3350
  Los Angeles, California 90067
  Phone: (310) 552-2766
  Fax: (310) 552-3229
  e-mail:mwright@ckjw.com