DEPARTMENT OF VETERANS AFFAIRS
Baltimore National Cemetery
5501 Fredrick Avenue
Baltimore MD 21228-2104

Mr. Frank A. Willis, Commander        May 12, 2003
Captain Vincent Camalier Camp #1359
21660 Atalanta Street
Lexington Park, Maryland 20653

Dear Mr. Willis:

    This is in response to your letters of April 15, 2003, and April 19, 2003, concerning your organization's planned memorial service at Point Lookout Confederate Cemetery (Point Lookout) on June 14, 2003. Thank you for forwarding to me the summaries of speeches proposed, along with the other background information concerning the event. I am most appreciative of the cooperation received from you and members of your camp.

    Upon review, the National Cemetery Administration (NCA) has suggestions only for Mr. Griffin's proposed speech. Some portions of the proposed remarks by Mr. Patrick J. Griffin, III exceed what is appropriate for national cemeteries under VA's regulation, 38 C.F.R § 1.218(a)(14), which governs activities in national cemeteries. Specifically, we believe that while Mr. Griffin's comments generally honor the memory of those who rest at Point Lookout, there are a few areas where Mr. Griffin strays from this focus to comment on a "current policy of the Government of the United States" concerning the display of Confederate flags. As you are aware, the Federal courts have definitively decided the question of whether VA's flag policies are legally sufficient, both on their face and as applied to Mr. Griffin.

    The specific areas of concern are as follows:

- Second paragraph, last sentence-"The *government is surely right in allowing our flag to fly here today.*"

- Seventh paragraph, second sentence--"... and certainly Gen. Oates, *if he were alive today, would agree that seeing the Confederate flag here everyday is not only appropriate, but it is a uniquely appropriate symbol to honor the Confederate soldier*"

- Eighth paragraph, second sentence--"Especially *in this place, the flag should fly every day, just as it is doing this morning.*"

- Ninth paragraph-*"Let our great national flag fly along with the Confederate flag, set just a little lower, to show that the Confederate soldiers we honor today contributed much to this greatest of countries. Let them fly together to show that. . . ."*

Page 2

Mr. Frank Willis

    Other than the remarks noted above, we find Mr. Griffin's speech acceptable for the occasion. We want to work with your group to insure that the ceremony honors those who rest at Point Lookout and hope that you share our view that this purpose should be the focal point of any remarks. Accordingly, we suggest that Mr. Griffin tailor his planned remarks somewhat to avoid referencing current policy, such as disagreements over VA flag policy, as this would depart inappropriately from the purpose of the ceremony.

    I look forward to your memorial service. Please contact me directly if you require further assistance.

                                                Ken M. Stoner