HONORING CONFEDERATE SOLDIERS ON FLAG DAY - Pt. Lookout, MD 6/14/03

On behalf of commander in chief Ron G. Wilson and 36,000 compatriots in the Sons of Confederate Veterans, we join with you to honor all Confederate soldiers, particularly those who died at Point Lookout - an overcrowded U. S. facility administered under wrongful former policies of the Federal Government in regard to the treatment of Confederate prisoners.

In a cemetery dedicated to honoring Confederate dead, the Confederate battle flag holds special symbolism, a special meaning as it floats above the mass grave of our Confederate heroes. It is the Confederate soldiers flag. To display it here is to honor our Confederate dead in a way that cannot be duplicated, and for which there is no substitute. <u>The government is surely right in allowing our flag to fly here today.</u>

Central to the SCV's mission is presenting the true history of the Confederate soldier and the "proper" display of his battle flag. I emphasize "proper" because we are all aware that the battle flag has been misused by various groups as a symbol so utterly unworthy of what Confederate soldiers stood for and what they accomplished, that its misuse constitutes an outright atrocity.

At the same time we acknowledge groups like the Confederate Saltier Association, and the Sons of Union Veterans of the Civil War for their courageous and comradely support for the proper display of the Confederate battle flag - a flag which is thoroughly American.

On this, the national Flag Day, we respect our United Sates flag for serving as a symbol of freedom and democracy throughout the world for 226 years, and for reminding us that Confederate soldiers were Americans.

Americans like, Col. L. Q. C. Lamar of the 19th Mississippi who served as a U. S. Supreme Court Justice. And, Confederate generals Fitzhugh Lee and Joe Wheeler who also served as U. S. generals in the Spanish-American War. Men like Simon B. Buckner and Nathan Bedford Forrest whose names lived on in U. S. generals who gave their lives for the cause of freedom in WW II.

And, let's not forget to mention Maj. Gen. William C. Oates of the U. S. Volunteers, who was head of the Commission for Preserving Confederate Graves that built the obelisk in front of you. You may recognize his name as the colonel who commanded the 15th Alabama in the fight for Little Round Top at Gettysburg, and many other battlefields. So, the hand of Confederate veterans is very much a part of the federal ownership of this cemetery, and certainly <u>Gen. Oates, if he were alive today, would agree that seeing the Confederate soldiers flag here every day is not only appropriate, but it is a uniquely</u>

appropriate symbol to honor the Confederate soldier.

We in the SCV and PLPOW support the display of the Confederate battle flag to honor Confederate soldiers of all races and backgrounds. Especially in this place, the flag should fly every day, just as it is doing this morning.

Let our great national flag fly along with the Confederate flag, set just a little lower, to show that the Confederate soldiers we honor today contributed much to this greatest of countries. Let them fly together to show that, in the words of Confederate Gen. Edward Porter Alexander, "Our Union is not built to perish. Its bonds were not forged by peaceable agreements...but in the white heat of battles, in a war fought out to a bitter end, and are for eternity."

Thank you. Deo Vindice.

Patrick J. Griffin, III
SCV Commander in Chief 1998 - 2000