IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK J. GRIFFIN, III., :
et al.                     :
                           :
                           :
v.                         :      Civil Action WMN-02-1917
                           :
DEPARTMENT OF              :
VETERANS AFFAIRS, et al.   :
                           **ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 30th day of July, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment (Paper No. 21) is hereby GRANTED;

2. That this case is hereby CLOSED;

3. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

4. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

                                   /s/
                         William M. Nickerson
                         Senior United States District Judge