UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual,<br>14101 Berryville Road<br>Darnestown, Maryland  20874-3517<br><br>Sons of Confederate Veterans, a Mississippi non-profit corporation, R.G. Wilson, Commander-in-Chief, 740 Mooresville Pike, Columbia, TN 38401.<br><br>Point Lookout Prisoner of War Assn.,<br>A nonprofit unincorporated association,<br>Patricia B. Buck, President,<br>1214 Moyer Road, Newport News, VA 23608-2453<br><br>      Plaintiffs,<br><br> vs.<br><br>Department of Veterans Affairs, a Department of<br>the United States Government;<br>810 Vermont Avenue, NW<br>Washington, D.C.  20420-0001<br><br>Roger R. Rapp, Director, National Cemetery<br>System, a Division of the Department of Veterans<br>Affairs, an individual, in his official capacity,<br>810 Vermont Avenue, NW<br>Washington, D.C.  20420-0001<br><br>Ken Stoner, Director, Point Lookout Confederate<br>Cemetery, an individual, in her official capacity,<br>5501 Frederick Avenue<br>Baltimore, Maryland  21228,<br><br>      Defendants. | Civil Action No. WMN-02-1917<br><br>PLAINTIFFS' NOTICE OF APPEAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Patrick J. Griffin, III, Sons of Confederate Veterans and Point Lookout Prisoner of War Association, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment of the district court entered July 30, 2003.

Dated: August 26, 2003                              Respectfully submitted,

                                                    Michael F. Wright
                                                    Case, Knowlson, Jordan & Wright
                                                    2049 Century Park East, Suite 3350
                                                    Los Angeles, California 90067
                                                    Telephone: (310) 552-2766
                                                         Fax:  (310) 552-3229
                                                    Attorneys for Plaintiffs