UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Patrick J. Griffin, III, an individual,            ) | Civil Action No. WMN-02-1917 |
| 14101 Berryville Road                                ) | |
| Darnestown, Maryland  20874-3517       ) | CERTIFICATE OF SERVICE |
|                                                                     ) | |
| Sons of Confederate Veterans,                ) | |
| a Mississippi non-profit corporation,       ) | |
| R.G. Wilson, Commander-in-Chief,        ) | |
| 740 Mooresville Pike                              ) | |
| Columbia, TN 38401                              ) | |
|                                                                    ) | |
| Point Lookout Prisoner of War Assn.,    ) | |
| A nonprofit unincorporated association, ) | |
| Patricia B. Buck, President,                    ) | |
| 1214 Moyer Road                                  ) | |
| Newport News, VA 23608-2453             ) | |
|                                                                    ) | |
|                           Plaintiffs,                    ) | |
|                                                                    ) | |
|     vs.                                                        ) | |
|                                                                    ) | |
| Department of Veterans Affairs,             ) | |
| a Department of the United States Government ) | |
| 810 Vermont Avenue, NW                     ) | |
| Washington, D.C.  20420-0001              ) | |
|                                                                    ) | |
| Roger R. Rapp, Director, National Cemetery ) | |
| System, a Division of the Department of Veterans ) | |
| Affairs, an individual, in his official capacity, ) | |
| 810 Vermont Avenue, NW                     ) | |
| Washington, D.C.  20420-0001              ) | |
|                                                                    ) | |
| Ken Stoner, Director, Point Lookout Confederate ) | |
| Cemetery, an individual, in her official capacity, ) | |
| 5501 Frederick Avenue                         ) | |
| Baltimore, Maryland  21228,                ) | |
|                                                                    ) | |
|                           Defendants.                   ) | |

*************************************************************************

I hereby certify that on August 27, 2003 a paper format copy of :

PLAINTIFFS' NOTICE OF APPEAL

which were electronically filed in this case on August 27, 2003, and were sent out via federal express to:

| | |
|---|---|
| Virginia B. Evans<br>Office of the United States Attorney<br>US Courthouse Federal Garmatz Bldg.<br>101 W. Lombard Street, Sixth Floor<br>Baltimore, MD 21201 | Richard G. Lepley<br>US Department of Justice<br>Civil Division Federal Programs Branch<br>20 Massachusetts Avenue NW<br>P.O. Box 883<br>Washington, DC 20530. |

James J. Schwartz
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 14524
Washington, D.C. 20044-4524

        Respectfully submitted,

        CASE, KNOWLSON, JORDAN & WRIGHT

By: _____/s/_____
   Michael F. Wright (*pro haec vice*)
   (U.S Bar ID No. 82536)
   2049 Century Park East, Suite 3350
   Los Angeles, California 90067
   Phone: (310) 552-2766
   Fax: (310) 552-3229
   e-mail:mwright@ckjw.com