UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 21, 2004

No  03-2042
CA-02-1917-WMN

PATRICK G. GRIFFIN, III, an individual; MARYLAND DIVISION
SONS OF CONFEDERATE VETERANS, a Maryland non-profit
corporation; POINT LOOKOUT PRISONER OF WAR ASSOCIATION, a
non-profit unincorporated association

    Plaintiffs - Appellants

    v.

DEPARTMENT OF VETERANS AFFAIRS, a Department of the United
States Government; ROGER R. RAPP, Director, National
Cemetery System, a Division of the Department of Veterans
Affairs, an individual, in his official capacity; KEN
STONER, Point Lookout Confederate Cemetery, an individual in
his official capacity

    Defendants - Appellees

O R D E R

The Appellants have filed a bill of costs

The Court awards $43.60 in costs   An itemized statement of costs is attached to this order.  A certified copy of this order shall issue to the Clerk of the District Court for inclusion in this Court's mandate.

                          For the Court - By Direction

                          /s/  Patricia S. Connor
                          _____
                                 CLERK

slw

**FILED**
AUG - 4 2004
U.S. Court of Appeals
Fourth Circuit

to be filed by: 08/13/04

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

Re: 03-2042 Griffin v. Dept Veterans Affrs
    CA-02-1917-WMN

SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.

BILL OF COSTS

The Clerk is requested to tax the following costs against: [

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | CLAIMED | TAXED Court Use |
|---|---|---|
| Docketing Fee | $ | $ |
| Printing Appendix | [ ] Pages | | |
| Printing Appellant's Brief | [ ] Pages | | |
| Printing Appellee's Brief | [ 53 ] Pages $ 43.60 | $43.60 |
| Printing Appellant's Reply Brief | [ ] Pages | | |
| TOTAL AMOUNT | $ 43.60 | $43.60 |

If costs are sought for or against the United States, agency or officer, cite statutory authority.   28 U.S.C. 2412(a)

I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action. See attached statement concerning costs.

Date August 3, 2004       Signature /s/ JK S. Koppel       (For) Name of Claiming Party: Department of Veterans Affairs

**Certificate of Service**

I certify that on 8/3/04 [date] I mailed a copy of the bill of costs form to counsel at the address shown below:

Michael F. Wright, Esquire
Case, Knowlson, Jordan & Wright
2049 Century Park East
Suite 3350
Los Angeles, CA 90067

/s/ JK S. Koppel
Signature

RECEIVED 2004 AUG -4 A 10:13 COURT OF APPEALS FOURTH CIRCUIT

## STATEMENT CONCERNING COSTS

Briefs were printed in-house at the Department of Justice. Costs are sought for 12 copies of the 53-page brief. Civil Division attorneys have been instructed that the printing cost is $0.05 per page, and the cost of comb binding the briefs is $0.90 per brief.