UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 22, 2004

No. 03-2042
CA-02-1917-WMN

PATRICK G. GRIFFIN, III, an individual; MARYLAND DIVISION
SONS OF CONFEDERATE VETERANS, a Maryland non-profit
corporation; POINT LOOKOUT PRISONER OF WAR ASSOCIATION, a
non-profit unincorporated association

Plaintiffs - Appellants

FILED          ENTERED
LODGED          RECEIVED

SEP 2 3 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

DEPARTMENT OF VETERANS AFFAIRS, a Department of the United
States Government; ROGER R. RAPP, Director, National
Cemetery System, a Division of the Department of Veterans
Affairs, an individual, in his official capacity; KEN
STONER, Point Lookout Confederate Cemetery, an individual in
his official capacity

Defendants - Appellees

C O R R E C T E D
O R D E R

The appellees have filed a bill of costs.

The Court awards $43.60 in costs. An itemized statement
of costs is attached to this order. A certified copy of this
order shall issue to the Clerk of the District Court for inclusion
in this Court's mandate.

This order supersedes the order of September 21, 2004

A True Copy, Teste:

Patricia S. Connor, Clerk

BY _Susan Whitley_

Deputy Clerk

For the Court - By Direction

s/ Patricia S. Connor

CLERK