```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

PATRICK J. GRIFFIN, III.,    :
et al.                       :
                             :
                             :
v.                           :     Civil Action WMN-02-1917
                             :
DEPARTMENT OF                :
VETERANS AFFAIRS, et al.     :

### ORDER

In accordance with the decision of the United States Court of Appeals for the Fourth Circuit issued in this action on July 30, 2004, IT IS this 26th day of October, 2004, by the United States District Court for the District of Maryland, ORDERED:

   1.  That Counts II and III of the First Amended Complaint are hereby DISMISSED; and

   2.  That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.


                        _____/s/_____
                        William M. Nickerson
                        Senior United States District Judge